## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

District of Columbia,  for the use and benefit of:

STRITTMATTER METRO, LLC,
5630 Connecticut Ave. NW
Third Floor
Washington, DC 20015

                Plaintiff,

     vs.

FIDELITY AND DEPOSIT COMPANY OF
MARYLAND,
1400 American Lane, Tower I, 18th Floor
Schaumburg, Illinois 60196-1056

and

ZURICH AMERICAN INSURANCE COMPANY,
1400 American Lane, Tower I, 18th Floor
Schaumburg, Illinois 60196-1056

              Defendants.

Case No.  1:15-cv-2114

## FIDELITY AND DEPOSIT COMPANY OF MARYLAND AND
## ZURICH AMERICAN INSURANCE COMPANY'S
## JOINT NOTICE OF REMOVAL

Defendants Fidelity and Deposit Company of Maryland ("Fidelity") and Zurich American

Insurance Company ("Zurich" and collectively the "Defendants"), by counsel and pursuant to 28

U.S.C. §§ 1332(a), 1441 and 1446, hereby give notice of the removal to this Court of an action

commenced against Defendants in the Superior Court for the District of Columbia, styled *The

District of Columbia, for the use and benefit of Strittmatter Metro, LLC v. Fidelity and Deposit

Company of Maryland, et al.*, Case No. 2015 CA 008484 B ("Superior Court Action").  In support

of this removal, Defendants state as follows:

**The Superior Court Action**

1.     On November 3, 2015, Plaintiff Strittmatter Metro, LLC ("Plaintiff" or "Strittmatter") filed its Complaint in the Superior Court Action.  A copy of the Complaint is attached as Exhibit 1.

2.     On November 6, 2015, Plaintiff served Fidelity and Zurich with the Summons and Complaint.  The Zurich and Fidelity service packages are attached as Exhibits 2 and 3.

**Jurisdiction and Basis for Removal**

3.     This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1332(a) and § 1441(b) because 1) the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, 2) Plaintiff's state of citizenship, the District of Columbia, is different from Maryland and Illinois, the states of citizenship of Defendant Fidelity, and New York and Illinois, the states of citizenship of Defendant Zurich; and 3) Fidelity and Zurich are not citizens of the District of Columbia, the state in which this action was brought.

**Amount in Controversy Exceeds $75,000**

4.     According to the Complaint, Plaintiff seeks the sum of $1,201,676 from the Defendants pursuant to the terms of a payment bond.  *See* Exhibit 1, ¶ 14.

**There is Diversity of Citizenship between Plaintiff and the Defendants**

5.     The Superior Court Action was brought in the Superior Court for the District of Columbia.

6.     As alleged in the Complaint in the Superior Court Action, Plaintiff is a corporation organized under the laws of the District of Columbia with its principal place of business in the District of Columbia.  Plaintiff is a citizen of the District of Columbia.

7.      Fidelity is a Maryland corporation with its principal place of business at 1400 American Lane, Tower I, 18th Floor, Schaumburg, Illinois 60196-1056.  Fidelity is a citizen of Maryland and Illinois.

8.      Zurich is a New York corporation with its principal place of business at 1400 American Lane, Tower I, 18th Floor, Schaumburg, Illinois 60196-1056.  Zurich is a citizen of New York and Illinois.

## The Requirements for Removal Have Been Satisfied

9.      This Notice of Removal is timely filed within 30 days of service of the Complaint on Fidelity and Zurich.

10.     The United States District Court for the District of Columbia, embraces Washington, D.C., where the Superior Court Action is pending.

11.     In addition to the previously referenced Complaint and Summons, attached as Exhibit 4 is a copy of all process, pleadings, and orders in the Superior Court Action.

12.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be promptly filed with the office of the Clerk of the Superior Court for the District of Columbia, and written notice of removal will be provided promptly to Plaintiff.

13.     All Defendants have consented to the removal of this action to the United States District Court for the District of Columbia, and have joined in the filing of this motion.

WHEREFORE, Defendants respectfully request that this Court assume jurisdiction over this action and enter further orders as may be required to properly determine this controversy.

Respectfully submitted,

FIDELITY AND DEPOSIT COMPANY
OF MARYLAND

And

ZURICH AMERICAN INSURANCE
COMPANY


By Counsel

Dated: December 7, 2015                    /s/Robert D. Windus

                                           Robert D. Windus (D.C. Bar No. 436660)
                                           Jason C. Constantine (D.C. Bar No. 989443)
                                           MOORE & LEE, LLP
                                           1751 Pinnacle Drive, Suite 1100
                                           McLean Virginia 22102
                                           r.windus@mooreandlee.com
                                           j.constantine@mooreandlee.com


## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing documents will be served

upon counsel for the parties via electronic transmission and first class mail on this 7th day of

December, 2015 at:

> Adam C. Harrison, Esq.
> The Harrison Law Group
> 40 W. Chesapeake Ave., Suite 600
> Towson, Maryland 21204
> aharrison@harrisonlawgroup.com
>
> *Counsel for Strittmatter Metro, LLC*


                                           /s/Robert D. Windus
                                             Robert D. Windus